■ COMMUNITY NATIONAL BANK & TRUST COMPANY, Appellant, v FRANCIS FORD, INC., Respondent.—On this appeal (by permission) from an order of the Appellate Term of the Supreme Court for the Second and Eleventh Judicial Districts, affirming a judgment of the Civil Court of the City of New York, County of Richmond, entered June 5, 1974, in favor of defendant after a nonjury trial, the said order is affirmed, with costs, on the opinion of Judge Charles J. D'Arrigo of the Civil Court. Gulotta, P. J., Rabin, Hopkins, Martuscello and Shapiro, JJ., concur.